Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

**GRANTED**
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-06993-MEJ |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| AGA LAKESIDE MARKET LLC dba M & A LAKESIDE MARKET; U&L INVESTMENTS LLC; | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, AGA Lakeside Market LLC dba M & A Lakeside Market; and U&L Investments LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: August 13, 2018         MISSION LAW FIRM, A.P.C.

                                             /s/ Tanya E. Moore
                                             Tanya E. Moore
                                             Attorney for Plaintiff,
                                             Francisca Moralez

Dated: 08/13/2018         ALLIED LEGAL PC

Gopal Krishan
Attorney for Defendant,
AGA Lakeside Market LLC dba
M & A Lakeside Market

Dated: August 13, 2018         GOLDSTEIN, GELLMAN, MELBOSTAD,
                                             HARRIS & McSPARRAN, LLP

A. Jeanne Grove
Ashley E. Klein
Laura L. Campbell
Attorneys for Defendant,
U&L Investments LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                             /s/ Tanya E. Moore
                                             Tanya E. Moore
                                             Attorney for Plaintiff,
                                             Francisca Moralez